DONALD F. FOLEY v.
UNITED ENGINEERS & CONSTRUCTORS, INC.

October 31, 1972. Certification to Superior Court, Law Division granted.

NATHAN & MIRIAM BARNET MEMORIAL HOSPITAL ASSN.
v. SARAH YOUNG.

November 8, 1972. Certification to Superior Court, Chancery Division granted.

JEAN RECTOR v. EUGENE RECTOR.

November 14, 1972. Certification to Superior Court, Chancery Division granted.

ELVIRA C. SCALINGI v. ALFRED SCALINGI.

November 14, 1972. Certification to Superior Court, Chancery Division granted.

PASSAIC DAILY NEWS v. JAMES H. BLAIR,
DIRECTOR OF DIVISION OF CIVIL RIGHTS.

November 14, 1972. Certification to Superior Court, Law Division granted.